IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**RYAN ANDREW LUMLEY**                                                                  **PLAINTIFF**

V.                            **CASE NO. 5:24-CV-5252**

**OFFICER H. SERATT, Fayetteville Police Department ("FPD");
OFFICER BENJAMIN JAMES BRIXEY, FPD;
OFFICER KEENAN JAMAL ROBINSON, FPD;
OFFICER JOSEPH BELL HALL, III, FPD;
and STATE OF ARKANSAS**                                                              **DEFENDANTS**

## ORDER

Now before the Court is the Report and Recommendation (Doc. 7) of the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. More than fourteen days have passed, and no party filed objections.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and is hereby **ADOPTED IN ITS ENTIRETY**. Accordingly, upon preservice screening pursuant to 28 U.S.C. § 1915A, **IT IS ORDERED** that: (1) Plaintiff's claims against Defendants Seratt, Brixey, Robinson, and Hall in their individual capacities for their purported use of excessive force against him during his March 11, 2022, arrest (claim one) **WILL PROCEED**; (2) all other claims are **DISMISSED WITHOUT PREJUDICE** for failure to state a claim upon which relief may be granted, see 28 U.S.C. § 1915A(b)(1); and (3) the State of Arkansas is **TERMINATED** as a defendant to this action.

**IT IS SO ORDERED** on this 26th day of February, 2025.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE